
Minute Order Form (96/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 04 C 706 | DATE | 1/30/2004 |
| CASE TITLE | Sangamon Investors, LLC vs. Health Answers, Inc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. Plaintiff is granted leave to file an appropriate amendment to the Complaint in this Court's chambers on or before February 9, 2004, failing which it would of course be constrained to dismiss this action for lack of subject matter jurisdiction.
(11) ■ [For further detail see order attached to the original minute order.]

| | | | Document Number |
|---|---|---|---|
| | No notices required, advised in open court. | | |
| | No notices required. | FEB 02 2004 | |
| ✓ | Notices mailed by judge's staff. | | 7 |
| | Notified counsel by telephone. | date docketed | |
| | Docketing to mail notices. | | |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | 1/30/2004 | |
| | | date mailed notice | |
| SN | courtroom deputy's initials | SN | |
| | | mailing deputy initials | |

Date/time received in central Clerk's Office

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SANGAMON INVESTORS, L.L.C., )
)
    Plaintiff, )
)
v. ) No. 04 C 706
)
HEALTH ANSWERS, INC., )
)
    Defendant. )

DOCKETED
FEB 0 2 2004

MEMORANDUM ORDER

There is, in candor, no excuse for the filing by members of any law firm that practices with any frequency in the federal courts--or perhaps even by any law firm that does not and must therefore do its homework before proceeding with a federal court complaint--of a jurisdictionally defective complaint of the type that has just been filed here. For several years now our Court of Appeals has been identifying, with increasing impatience, the requisite allegations to establish diversity of citizenship where a limited liability company is involved--its efforts began with Cosgrove v. Bartolotta, 150 F.3d 729, 731 (7th Cir. 1998) and have been most recently repeated in Belleville Catering Co. v. Champaign Marketplace, L.L.C., 350 F.3d 691, 692 (7th Cir. 2003).

This Court will not however dismiss the present Complaint on that ground as it might well do, thus forcing the payment of a second $150 filing fee. Instead it grants leave to file an appropriate amendment to the Complaint (not a full-bore Amended Complaint) in this Court's chambers on or before February 9,

2004, failing which it would of course be constrained to dismiss this action for lack of subject matter jurisdiction.

But because it would be unfair to visit the sins of the lawyer on the client, no charge is to be made to plaintiff by its counsel for the added work and expense incurred in correcting counsel's errors. Counsel are ordered to apprise their client to that effect by letter, with a copy to be transmitted to this Court's chambers as an informational matter (not for filing).

_____
Milton I. Shadur
Senior United States District Judge

Date: January 30, 2004

2